JS-6



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA NESBITT,<br><br>　　　　　　Plaintiff,<br>vs.<br>OFFICER LAMBAREN, et al.,<br><br>　　　　　　Defendants. | Case No. SACV 13-0363-UA (RNB)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE |

On March 13, 2013, the Court denied plaintiff's request to file the action without prepayment of the full filing fee with leave to amend within thirty days. Although a copy of the Order was mailed to plaintiff at his address of record on March 14, 2013, the copy was then returned undelivered with the stamped notation, "Return to Sender/Not in Custody."

Under Central District of California Local Rule 41-5, it was incumbent on plaintiff to keep the Court apprised of his current address. The rule further provides that, "[i]f mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution."

Here, more than fifteen (15) days have elapsed since the service of the March 13, 2013 Order, and no notice of change of address has been filed by plaintiff.

Accordingly, IT IS HEREBY ORDERED that the action is dismissed without prejudice for failure to prosecute.

DATED: 4/8/13

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

Robert N. Block
United States Magistrate Judge